IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRACI ROCK,** | : |
| *Plaintiff,* | : |
| | : Case No.: 2:22-cv-01043-DSC |
| v. | : |
| **MON VALLEY CARE CENTER,** | : JURY TRIAL DEMANDED |
| *Defendant.* | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A), Plaintiff, Traci Rock, and Defendant, Mon Valley Care Center, by and through their undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice, with each party bearing its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Justin M. Bahorich* | */s/Thomas G. Collins* |
| Justin M. Bahorich, Esq. | Thomas G. Collins, Esq. |
| PA I.D. No.: 329207 | PA I.D. No.: 75896 |
| J.P. Ward and Associates, LLC | Email: thomas.collins@bipc.com |
| 201 S. Highland Avenue, Suite 201 | Kareemah Mayer, Esq. |
| Pittsburgh, PA 15026 | PA I.D. No.: 326031 |
| (412) 545-3016 | Email: kareemah.mayer@bipc.com |
| Email: jbahorich@jpward.com | Buchanan Ingersoll & Rooney, P.C. |
| | 409 N. Second Street |
| *Counsel for Plaintiff* | Suite 500 |
| | Harrisburg, PA 17101 |
| | 717-237-4800 |
| | |
| | *Counsel for Defendant* |
| Dated: August 7, 2025 | |

**SO ORDERED:**            s/David Stewart Cercone
Dated: August 8, 2025      David Stewart Cercone
                           Senior U.S. District Court Judge